THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEY RIDDICK, Appellant. [930 NYS2d 876]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). There is no merit to defendant's argument that a 60-day stay of judgment issued in defendant's CPLR article 78 proceeding against the Department of Correctional Services imposed a deadline on the resentencing court.

We have no authority to revisit defendant's prison sentence on this appeal (*see id.* at 635). Concur—Catterson, J.P., Richter, Manzanet-Daniels and Román, JJ.